■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ROBINSON, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on February 4, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Sandler, Sullivan and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLMEDO HENAO, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on August 3, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Carro, Milonas and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BARBER, Appellant.—Judgment, Supreme Court, Bronx County (Jerome Reinstein, J.), rendered on January 10, 1986, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur— Sandler, J. P., Carro, Ellerin and Smith, JJ.

■ MAURICE KESSLER, Petitioner, v FREDERIC S. BERMAN, Respondent.—Application for a writ of prohibition unanimously granted to the extent of staying further proceedings pending determination of the appeal, and the cross motion to dismiss the petition is denied, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.